

## HERMAN, HERMAN, KATZ & COTLAR, L.L.P.

v.

Sidney A. COTLAR, A.P.L.C. and Sidney A. Cotlar, Herman, Herman, Katz, L.L.P., Russ M. Herman, A.P.L.C., Maury A. Herman, A.P.L.C., Steven J. Lane, Leonard A. Davis, A.P.L.C., James C. Klick, Stephen J. Herman, Brian D. Katz, and Soren Gisleson

NO. 2016-CC-1125

Supreme Court of Louisiana.

October 12, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. E, No. 2012-4321; to the Court of Appeal, Fourth Circuit, No. 2016-C-0482

Denied.

HUGHES, J., would grant.

## HERMAN, HERMAN, KATZ & COTLAR, L.L.P. -

v.

Sidney A. COTLAR, A.P.L.C,

and

Sidney A. Cotlar

v.

Herman, Herman, & Katz, L.L.P. et al.

NO. 2016-CC-1632

Supreme Court of Louisiana.

October 12, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. E, No. 2012-4321; to the Court of Appeal, Fourth Circuit, No. 2016-C-0675; October 12, 2016

Denied.

HUGHES, J., would grant.

## Larry F. MITCHELL

v.

## STATE of Louisiana, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, et al

NO. 2016-C-1097

Supreme Court of Louisiana.

October 12, 2016

Applying for Writ of Certiorari and/or Review, Parish of Lincoln, 3rd Judicial District Court Div. B, No. 53,275; to the Court of Appeal, Second Circuit, No. 50,-432-CA

Granted.

## STATE of Louisiana

v.

## Melvin MAXIE

NO. 2016-KK-1729

Supreme Court of Louisiana.

October 14, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Sabine, 11th Judicial